SENRICK S. WILKERSON 1885146
Ramsey I Unit
1100 FM 655 TE-2-17T
Rosharon, TX 77583

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
SEP 04 2015
CHRISTOPHER A. PRINE
CLERK



September 7, 2015

First Court of Appeals
301 Fannin St.
Houston, TX 77002

01-14-00790-CV

RE: Notice of Appeal in the Trial Judge dismissal in case:
    Senrick Wilkerson VS. Ramsey I Unit Warden Mossbarger

Dear First Court of Appeals;

   I filed a motion for an appeal; a timely motion for appeal, after the trial judge dismissed my civil lawsuit in: Senrick Wilkerson VS Ramsey I Unit Warden Mossbarger, I never had any court dates, and the Courts/civil abuse its discretion by purposely failing to serve the Petition and Citation on the Defendant (Ramsey I Unit). See Kavanaugh V. Perkins. 838 S.W. 2d 616 & McNutt V. Teledyne Industries, Inc. 693 S.W. 2d 666.

   The trial judge just dismissed my civil suit and I filed a timely notice of appeal. I have not heard anything from either courts, I can not locate the civil case number, and the only time the Courts responded to my Original Petition for Civil Suit was when the trial judge dismissed my case. Thanks in advance for your time and I trust that this Court will do what is right under the procedures of law.

Sincerely,
Senrick Wilkerson

NORTH HOUSTON TX 77~

09 SEP 2015 PM 5 L

Sennick Wilkerson 1885146
Ramsey I Unit
100 FM 655 E-2-177
Rosharon, TX 77583

Legal Mail

**MAIL RECEIVED**

First Court of Appeals
301 Fannin St.
Houston, TX 77002

7700220669

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

SEP 09 2015

CHRISTOPHER A. PRINE
CLERK